# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. | **LATAHONA R. LEDFORD,** ) | |
| | ) | |
| | **Plaintiff,** ) | |
| **v.** | ) | **CIV-16-1126-D** |
| | ) | |
| 1. | **IHS HOLDING, INC., d/b/a** ) | |
| | **HILLCREST NURSING CENTER,** ) | |
| | **and** ) | |
| 2. | **HLTC STAFFING, LLC, d/b/a** ) | **Jury Trial Demanded** |
| | **HILLCREST NURSING CENTER,** ) | **Attorney Lien Claimed** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Latahona R. Ledford, hereby stipulates with the Defendants, IHS Holding, Inc., d/b/a Hillcrest Nursing Center, and HLTC Staffing LLC, d/b/a Hillcrest Nursing Center, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS <u>23rd</u> DAY OF JUNE, 2017.**

s/ Shannon C. Haupt
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

 s/ Jon T. Lee
(Signed with permission)
Jon T. Lee, OBA #19860
L. Matthew Dobson, OBA #20678
LEE, GOODWIN, LEE, LEWIS &
DOBSON
1300 East 9th Street, Suite #1
Edmond, OK 73034
Tele: 405-330-0118   Fax: 405-330-0767
jtlee@edmondlawoffice.com
mdobson@edmondlawoffice.com
*Counsel for Defendants*

2